

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00040-CV

Ge'Rard Morrison, Appellant

v.

Rebel Realty, Appellee

On Appeal from the County Court at Law
Bastrop County, Texas
Trial Court No. 25-22980

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution.[1] *See* Tex. R. App. P. 42.3(b).

On January 16, 2026, the County Clerk filed a notice in this Court stating that Appellant, Ge'Rard Morrison, had not paid, nor arranged to pay, for the preparation for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). Tex. R. App. P. 35.3(a)(2). That same day, the Clerk of this Court notified Morrison that this appeal could be dismissed for want of

---

[1] This case was transferred from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

prosecution if Morrison did not provide documentation showing that arrangements had been made for the clerk's record before January 26, 2026. Tex. R. App. P. 37.3(b).

As of this date, Morrison has not provided documentation showing that arrangements have been made for the preparation of the clerk's record. We dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

MARIA SALAS MENDOZA, Chief Justice

February 24, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

2